UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESTCON GROUP NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSTEC, LLC, STEVEN MITNICK, solely in his capacity as assignee of TransTec, LLC's estate, and DCI ASSOCIATES, INC., <br><br> Defendants. | Civil Action No. 12-7239 (SDW) <br><br> **ORDER** <br><br> December 11, 2013 |

**WIGENTON**, District Judge.

This matter, having come before the Court on Plaintiff Westcon Group North America, Inc.'s ("Westcon") Motion for Default Judgment as to DCI Associates, Inc. ("DCI") pursuant to Fed. R. Civ. P. 55(a) and DCI's Cross-Motion to Dismiss ("Motion to Dismiss") pursuant to Fed. R. Civ. P. 12(b)(6), and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated on the record on December 11, 2013,

**IT IS** on this 11th day of December, 2013,

**ORDERED** that Westcon's Motion for Default Judgment is **DENIED**; and it is further

**ORDERED** that DCI's Cross-Motion to Dismiss is **DENIED**.

                                                            s/ Susan D. Wigenton
                                                            **Susan D. Wigenton, U.S.D.J.**

cc: Madeline Cox Arleo, U.S.M.J.